IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**BRIAN M. CASEY,**

    **Plaintiff,**

v.                                                         Case No. 4:24-cv-122-AW-MJF

**RICKY DIXON,**

    **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having carefully considered the matter, I now adopt the report and recommendation (ECF No. 4) and incorporate it into this order. I have considered de novo the issues raised in Plaintiff's objections (ECF No. 6). Each objection is overruled. I reject the argument that prison officials changed Plaintiff's submission to omit prior litigation.

The clerk will enter a judgment that says, "This case is dismissed without prejudice for maliciousness and abuse of the judicial process." The clerk will then close the file. All pending motions are DENIED as moot.

SO ORDERED on April 10, 2024.

                                                           s/ *Allen Winsor*
                                                           United States District Judge